# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2022 ND 6

Antonio Livingston,                                                    Appellant

v.

Workforce Safety and Insurance (WSI),                                  Appellee

and

Powerdrill Rig Services,                                              Respondent

## No. 20210232

Appeal from the District Court of Williams County, Northwest Judicial District, the Honorable Paul W. Jacobson, Judge.

AFFIRMED.

Per Curiam.

Antonio Livingston (self-represented), North Little Rock, Arkansas, appellant; submitted on brief.

Mitchell D. Armstrong and Jon C. Lengowski, Special Assistant Attorneys General, Bismarck, North Dakota, for appellee; submitted on brief.

**Per Curiam.**

[¶1]   Antonio Livingston appeals from a district court judgment affirming an administrative law judge's (ALJ) decision that affirmed a North Dakota Workforce Safety and Insurance decision denying him benefits. Livingston argues the ALJ erred in finding he failed to prove that his peripheral vascular disease and Raynaud's disease were caused by his work injury. He also argues the ALJ erred in finding he was not entitled to disability benefits. "In reviewing an ALJ's findings of fact, a court may not make independent findings of fact or substitute its judgment for the ALJ's findings; rather, the court must decide only whether a reasoning mind reasonably could have determined the findings were proven by the weight of the evidence from the entire record." *WSI v. Badger Roustabouts, LLC,* 2021 ND 166, ¶ 8, 964 N.W.2d 514. We conclude the ALJ's findings of fact are supported by a preponderance of the evidence and its conclusions of law are supported by its findings of fact. We summarily affirm under N.D.R.App.P. 35.1(a)(5).

[¶2]   Jon J. Jensen, C.J.
Gerald W. VandeWalle
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte